UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark A. Basdeo,

                        Plaintiff,

                                                                            Civ. No. 11-3399 (RHK/JJG)

v.                                                                         **ORDER**

Unitrin Kemper Auto & Home Insurance
Company,

                        Defendant.

---

      This matter is before the Court *sua sponte*. Having reviewed Defendant's submission (Doc. No. 5) in response to the Court's Order to Show Cause regarding diversity jurisdiction, and having concluded that Defendant has made a sufficient showing that jurisdiction exists in this action because the amount in controversy exceeds $75,000, **IT IS ORDERED** that the Court's Order to Show Cause (Doc. No. 4) is **DISCHARGED**.

Dated: December 5, 2011                                  s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge